JS 44C/SDNY
REV. 4/2014

CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS
TWIN CITY IRON WORKERS PENSION FUND and TWIN CITY IRON WORKERS HEALTH & WELFARE FUND, on behalf of itself and all others similarly situated

DEFENDANTS
See Attachment A

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
Brian Murray, GLANCY PRONGAY & MURRAY LLP
122 E. 42nd Street, Suite 2920, New York, NY 10168
Telephone: (212) 682-5340

ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

antitrust and commodities claims under § 1 of the Sherman Act; §§ 4 and 16 of the Clayton Act; and § 22 of the Commodity Exchange Act

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ] Yes [x] Judge Previously Assigned: Judge Paul G. Gardephe

If yes, was this case Vol.[ ] Invol.[ ] Dismissed. No [x] Yes [ ] If yes, give date _____ & Case No. 1:15-cv-05794-PGG

IS THIS AN INTERNATIONAL ARBITRATION CASE? No [x] Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY) **NATURE OF SUIT**

**TORTS**

**CONTRACT**
- [ ] 110 INSURANCE
- [ ] 120 MARINE
- [ ] 130 MILLER ACT
- [ ] 140 NEGOTIABLE INSTRUMENT
- [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [ ] 151 MEDICARE ACT
- [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
- [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
- [ ] 160 STOCKHOLDERS SUITS
- [ ] 190 OTHER CONTRACT
- [ ] 195 CONTRACT PRODUCT LIABILITY
- [ ] 196 FRANCHISE

**REAL PROPERTY**
- [ ] 210 LAND CONDEMNATION
- [ ] 220 FORECLOSURE
- [ ] 230 RENT LEASE & EJECTMENT
- [ ] 240 TORTS TO LAND
- [ ] 245 TORT PRODUCT LIABILITY
- [ ] 290 ALL OTHER REAL PROPERTY

**PERSONAL INJURY**
- [ ] 310 AIRPLANE
- [ ] 315 AIRPLANE PRODUCT LIABILITY
- [ ] 320 ASSAULT, LIBEL & SLANDER
- [ ] 330 FEDERAL EMPLOYERS' LIABILITY
- [ ] 340 MARINE
- [ ] 345 MARINE PRODUCT LIABILITY
- [ ] 350 MOTOR VEHICLE
- [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
- [ ] 360 OTHER PERSONAL INJURY
- [ ] 362 PERSONAL INJURY - MED MALPRACTICE

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**
- [ ] 440 OTHER CIVIL RIGHTS (Non-Prisoner)
- [ ] 441 VOTING
- [ ] 442 EMPLOYMENT
- [ ] 443 HOUSING/ ACCOMMODATIONS
- [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
- [ ] 446 AMERICANS WITH DISABILITIES -OTHER
- [ ] 448 EDUCATION

**PERSONAL INJURY**
- [ ] 367 HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY
- [ ] 365 PERSONAL INJURY PRODUCT LIABILITY
- [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
- [ ] 370 OTHER FRAUD
- [ ] 371 TRUTH IN LENDING
- [ ] 380 OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**
- [ ] 463 ALIEN DETAINEE
- [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
- [ ] 530 HABEAS CORPUS
- [ ] 535 DEATH PENALTY
- [ ] 540 MANDAMUS & OTHER

**PRISONER CIVIL RIGHTS**
- [ ] 550 CIVIL RIGHTS
- [ ] 555 PRISON CONDITION
- [ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT

**FORFEITURE/PENALTY**
- [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 690 OTHER

**LABOR**
- [ ] 710 FAIR LABOR STANDARDS ACT
- [ ] 720 LABOR/MGMT RELATIONS
- [ ] 740 RAILWAY LABOR ACT
- [ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA)
- [ ] 790 OTHER LABOR LITIGATION
- [ ] 791 EMPL RET INC SECURITY ACT (ERISA)

**IMMIGRATION**
- [ ] 462 NATURALIZATION APPLICATION
- [ ] 465 OTHER IMMIGRATION ACTIONS

**ACTIONS UNDER STATUTES**

**BANKRUPTCY**
- [ ] 422 APPEAL 28 USC 158
- [ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 COPYRIGHTS
- [ ] 830 PATENT
- [ ] 840 TRADEMARK

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 BLACK LUNG (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID TITLE XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 TAXES (U.S. Plaintiff or Defendant)
- [ ] 871 IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**
- [ ] 375 FALSE CLAIMS
- [ ] 400 STATE REAPPORTIONMENT
- [x] 410 ANTITRUST
- [ ] 430 BANKS & BANKING
- [ ] 450 COMMERCE
- [ ] 460 DEPORTATION
- [ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
- [ ] 480 CONSUMER CREDIT
- [ ] 490 CABLE/SATELLITE TV
- [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE

- [ ] 890 OTHER STATUTORY ACTIONS
- [ ] 891 AGRICULTURAL ACTS

- [ ] 893 ENVIRONMENTAL MATTERS
- [ ] 895 FREEDOM OF INFORMATION ACT
- [ ] 896 ARBITRATION
- [ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OF APPEAL OF AGENCY DECISIO
- [ ] 950 CONSTITUTIONALITY O STATE STATUTES

Check if demanded in complaint:

[✓] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE Paul G. Gardephe          DOCKET NUMBER 1:15-cv-05794

Check YES only if demanded in complaint
JURY DEMAND: [x] YES [ ] NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32)

(PLACE AN x IN ONE BOX ONLY) **ORIGIN**

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
    [ ] a. all parties represented
    [ ] b. At least one party is pro se.
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judge Judgment

(PLACE AN x IN ONE BOX ONLY)    **BASIS OF JURISDICTION**    IF DIVERSITY, INDICATE CITIZENSHIP BELOW.

[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [X] 3 FEDERAL QUESTION (U.S. NOT A PARTY)    [ ] 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)
TWIN CITY IRON WORKERS PENSION FUND and TWIN CITY IRON WORKERS HEALTH & WELFARE FUND
3001 Metro Drive, Suite 500
Bloomington, Minnesota 55425
(Hennepin County)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)
See Attachment B

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one: THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [X] MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE 12/16/2015    SIGNATURE OF ATTORNEY OF RECORD
RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. 11 Yr. 1991)
Attorney Bar Code # BM 9954

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

Attachment A

Defendants

1) BANK OF NOVA SCOTIA, NEW YORK AGENCY
2) BMO CAPITAL MARKETS CORP.
3) BNP PARIBAS SECURITIES CORP.
4) BARCLAYS CAPITAL INC.
5) CANTOR FITZGERALD & CO.
6) CIBC WORLD MARKETS CORP.
7) CITIGROUP GLOBAL MARKETS INC.
8) COMMERZ MARKETS LLC
9) COUNTRYWIDE SECURITIES CORPORATION
10) CREDIT SUISSE SECURITIES (USA) LLC
11) DAIWA CAPITAL MARKETS AMERICA INC.
12) DEUTSCHE BANK SECURITIES INC.
13) GOLDMAN, SACHS & CO.
14) HSBC SECURITIES (USA) INC.
15) JEFFERIES LLC
16) J.P. MORGAN SECURITIES LLC
17) MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED
18) MIZUHO SECURITIES USA INC.
19) MORGAN STANLEY & CO. LLC
20) NOMURA SECURITIES INTERNATIONAL, INC.
21) RBC CAPITAL MARKETS, LLC
22) RBS SECURITIES INC.
23) SG AMERICAS SECURITIES, LLC
24) TD SECURITIES (USA) LLC
25) UBS SECURITIES LLC

Attachment B

Defendants' Addresses and Counties

1) BANK OF NOVA SCOTIA, NEW YORK AGENCY
   250 Vesey Street
   New York, NY 10080
   (New York County)

2) BMO CAPITAL MARKETS CORP.
   3 Times Square, 28th Floor
   New York, NY 10036
   (New York County)

3) BNP PARIBAS SECURITIES CORP.
   787 Seventh Avenue
   New York, NY 10019
   (New York County)

4) BARCLAYS CAPITAL INC.
   745 Seventh Avenue
   New York, NY 10019
   (New York County)

5) CANTOR FITZGERALD & CO.
   499 Park Avenue
   New York, NY 10022
   (New York County)

6) CIBC WORLD MARKETS CORP.
   425 Lexington Avenue, 3rd Floor
   New York, NY 10017
   (New York County)

7) CITIGROUP GLOBAL MARKETS INC.
   390-388 Greenwich Street
   New York, NY 10013
   (New York County)

8) COMMERZ MARKETS LLC
   2 World Financial Center - Sandy Hook # 31
   New York, NY 10281
   (New York County)

Attachment B (continued)

9)     COUNTRYWIDE SECURITIES CORPORATION
        4500 Park Granada
        Calabasas, California 91302
        (Los Angeles County)

10)    CREDIT SUISSE SECURITIES (USA) LLC
        11 Madison Avenue, 24th Floor
        New York, NY 10010
        (New York County)

11)    DAIWA CAPITAL MARKETS AMERICA INC.
        Financial Square, 32 Old Slip
        New York, NY 10005
        (New York County)

12)    DEUTSCHE BANK SECURITIES INC.
        60 Wall Street, 4th Floor
        New York, NY 10005
        (New York County)

13)    GOLDMAN, SACHS & CO.
        200 West Street, 29th Floor
        New York, NY 10282
        (New York County)

14)    HSBC SECURITIES (USA) INC.
        452 Fifth Avenue
        New York, NY 10018
        (New York County)

15)    JEFFERIES LLC
        520 Madison Avenue, 10th Floor
        New York, NY 10022
        (New York County)

16)    J.P. MORGAN SECURITIES LLC
        277 Park Avenue
        New York, NY 10172
        (New York County)

17)    MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED
        One Bryant Park
        New York, NY 10036
        (New York County)

Attachment B (continued)

18)     MIZUHO SECURITIES USA INC.
        320 Park Avenue, 12th Floor
        New York, NY 10022
        (New York County)

19)     MORGAN STANLEY & CO. LLC
        1585 Broadway
        New York, NY 10036
        (New York County)

20)     NOMURA SECURITIES INTERNATIONAL, INC.
        309 West 49th Street
        Worldwide Plaza
        New York, NY 10019
        (New York County)

21)     RBC CAPITAL MARKETS, LLC
        3 World Financial Center
        200 Vesey Street, 8th Floor
        New York, NY 10281
        (New York County)

22)     RBS SECURITIES INC.
        600 Washington Boulevard
        Stamford, Connecticut 06901
        (Fairfield County)

23)     SG AMERICAS SECURITIES, LLC
        1221 Avenue of the Americas, 6th Floor
        New York, NY 10020
        (New York County)

24)     TD SECURITIES (USA) LLC
        31 West 52nd Street
        New York, NY 10019
        (New York County)

25)     UBS SECURITIES LLC
        677 Washington Boulevard
        Stamford, Connecticut 06901
        (Fairfield County)